FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 0 1 2005

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AUTOMATED CONVEYOR SYSTEMS, INC.,

    Plaintiff,

vs.   No. 3:05-CV-00059 GTE

CROSSOVER DRIVES, INC.,

    Defendant.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

The Parties have advised the Court that they have reached an agreement resolving all matters of dispute in this litigation. Accordingly, it is hereby ordered, adjudged and decreed that the case is dismissed with prejudice. Each party shall bear its own attorney's fees and no discretionary costs shall be sought or awarded.

_____
THE HONORABLE G. THOMAS EISELE

DATE: November 30, 2005

APPROVED BY:

*[signature: Hope Kizer-O'Briant]*
Hope Kizer-O'Briant (#2003 029)
Lancelot L. Minor, III
Bourland, Heflin, Alvarez & Minor, PLC
5400 Poplar Avenue, Suite 100
Memphis, TN 38119
*Attorneys for Automated Conveyor Systems, Inc.*

*[signature: Martin Bailey / with permission - HKO]*
Martin B. Bailey
Wagner, Myers & Sanger
1801 First Tennessee Plaza
Knoxville, Tennessee 37959
*Attorney for Crossover Drives, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following person by U.S. Mail, this 24th day of November, 2005:

Martin B. Bailey
Wagner, Myers & Sanger
1801 First Tennessee Plaza
Knoxville, Tennessee 37959

*[signature]*
HOPE KIZER-O'BRIANT